IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-02597-BNB

ANTOINE BRUCE,

    Plaintiff,

v.

KATHLEEN DOTSON,
BUREAU OF PRISONS,
JAMES PELTON,
UNITED STATES,
RICHARD MADISON,
DARREN FOSTER,
CEDENO, FNU,
SEAN SNIDER,
PATRICIA RANGEL,
JOSEPH ZONNO,
SHON JUTA,
G. HALL,
DAVID BERKEBILE,
CHRISTOPHER SYNSVOLL,
G. SANDUSKY, and
JOHN DOES 1-9,

    Defendants.

---

ORDER DISMISSING CASE

---

    Plaintiff is in the custody of the United States Bureau of Prisons and currently is incarcerated at ADX in Florence, Colorado. On February 6, 2014, Plaintiff submitted a Motion Requesting Case to be Dismissed Without Prejudice, ECF No. 9. The Court will construe the Motion as a Voluntary Notice of Dismissal and dismiss the action for the following reasons.

Rule 41(a)(1)(A) provides that "the plaintiff may dismiss an action without a court order by filing: (i) a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment . . . ." Defendant has not filed an answer in this action. Further, a voluntary dismissal under Rule 41(a)(1)(A)(i) is effective immediately upon the filing of a written notice of dismissal, and no subsequent court order is necessary. *See* 8-41 James Wm. Moore et al., Moore's Federal Practice § 41.33(6)(a) (3d ed. 1997); *Hyde Constr. Co. v. Koehring Co.*, 388 F.2d 501, 507 (10th Cir. 1968). The case, therefore, will be closed as of February 6, 2014, the date the Notice was filed with the Court. *See Hyde Constr. Co.*, 388 F.2d at 507. Accordingly, it is

ORDERED that the Voluntary Notice of Dismissal, ECF No. 9, is effective as of February 6, 2014, the date Plaintiff filed the Notice in this action. It is

FURTHER ORDERED that the Complaint and action are dismissed without prejudice.

DATED at Denver, Colorado, this  10th  day of    February   , 2014.

BY THE COURT:


   s/Lewis T. Babcock
LEWIS T. BABCOCK, Senior Judge
United States District Court